In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-271 CV


____________________



BILLY MARTIN DONLEY, Appellant



V.



DENISE MICHELLE DONLEY, Appellee






On Appeal from the County Court at Law No. 1


Montgomery County, Texas


Trial Cause No. 05-02-01659-CV






MEMORANDUM OPINION


 The appellant, Billy Martin Donley, filed a motion to dismiss this appeal. The motion
is voluntarily made by the appellant prior to any decision of this Court and should be granted. 
See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss
is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 _________________________________

 CHARLES KREGER

 Justice 


Opinion Delivered July 31, 2008

Before Gaultney, Kreger, and Horton, JJ.